**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------- x
AMERICAN CIVIL LIBERTIES UNION      Dkt. No. 05-6286-cv
v.
DEPARTMENT OF DEFENSE
------------------------------------------------------- x

## STIPULATION AND ORDER OF DISMISSAL OF APPEAL

WHEREAS, Plaintiffs-Appellees submitted requests under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking, inter alia, the release of photographs and videos that were contained on a CD provided by Joseph Darby to the Department of Army Criminal Investigations Command and that depicted the treatment of detainees at Abu Ghraib prison (collectively, the "Darby Photos");

WHEREAS, the Department of the Army and Department of Defense asserted that the Darby Photos were properly withheld from release pursuant to FOIA Exemptions 6, 7(C) and 7(F);

WHEREAS, the district court reviewed the Darby Photos ex parte and in camera on two occasions and narrowed the number of images that were potentially appropriate for release to 74 photos and 3 videos;

WHEREAS, in an opinion dated September 29, 2005, the district court ordered that the Government release the 74 photos and 3 videos after appropriate redaction;

CERTIFIED:

WHEREAS, the Department of Defense and Department of the Army filed the above-captioned appeal to challenge the district court's order requiring release of the Darby Photos; and

WHEREAS, after the filing of this appeal, images were published on the website www.salon.com purporting to depict the treatment of detainees at Abu Ghraib prison;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. The above-captioned appeal shall be, and hereby is, dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Plaintiffs-Appellees reserve the right to seek costs and attorney's fees by motion (including costs and fees incurred thus far on appeal) within 90 days of the dismissal of this appeal by stipulation and court order, and Defendants-Appellants will not to object to such motion on timeliness grounds.

2. The Department of Defense and Department of the Army will specifically identify and authenticate any photos and videos published on the website www.salon.com that are the same as the 74 photos and 3 videos that are subject the subject of this appeal. The Department of Defense and Department of the Army will identify and authenticate such photos and videos in writing within 7 calendar days of the Court approving this Stipulation and Order.

2

3. If there are any photos or videos that are the subject of this appeal but that have not been published on www.salon.com, the Department of Defense and Department of the Army will produce such photos and/or videos to Plaintiffs-Appellees, with redactions deemed appropriate by the district court, within 7 calendar days of the Court approving this Stipulation and Order.

4. The parties agree that the actions outlined in paragraphs 2 and 3 above by the Department of Defense and Department of the Army will constitute compliance with the district court's order of September 29, 2005, requiring release of the Darby Photos.

5. The parties agree that the district court's order requiring release of the Darby Photos, dated September 29, 2005, remains in effect and is binding on the parties. Nothing in this stipulation shall be interpreted as acquiescence by Defendants-Appellants in the correctness of that order.

6. This Stipulation and Order contains the entire agreement of the parties.

3

Dated: New York, New York
March 28, 2006

MICHAEL J. GARCIA
United States Attorney

By: /s/ Sean H. Lane
SEAN H. LANE
JEFFREY S. OESTERICHER
PETER M. SKINNER
HEATHER McSHAIN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2737

PETER D. KEISLER
Assistant Attorney General

GREGORY G. KATSAS
Deputy Assistant Attorney General

ASHEESH AGARWAL
Counsel to the Assistant Attorney General

DOUGLAS N. LETTER
(202) 514-3602
MATTHEW M. COLLETTE
(202) 514-4214
Attorneys, Appellate Staff
Civil Division, Room 9008
Department of Justice
Washington, D.C. 20530-0001

*Attorneys for Defendants-Appellants*

Dated:    New York, New York
            March 28, 2006

*/s/ Amrit Singh*

Lawrence S. Lustberg (LL-1644)     Amrit Singh
Megan Lewis (ML-3429)     Jameel Jaffer
GIBBONS, DEL DEO, DOLAN     Judy Rabinovitz
GRIFFINGER & VECCHIONE, P.C.     Lucas Guttentag
One Riverfront Plaza     AMERICAN CIVIL LIBERTIES
Newark, New Jersey 07102     UNION FOUNDATION
phone: (973) 596-4700     125 Broad St., 18th Floor
facsimile: (973) 596-0545     New York, New York 10004
    phone: (212) 549 2500
    facsimile: (212) 549 2654

William Goodman     Beth Haroules (BH-5797)
Barbara Olshansky (BO-3635)     Arthur Eisenberg (AE-2012)
Michael Ratner (MR-3347)     NEW YORK CIVIL LIBERTIES
CENTER FOR CONSTITUTIONAL     UNION FOUNDATION
RIGHTS     125 Broad Street, 18th Floor
666 Broadway, 7th Floor     New York, NY 10004
New York, New York 10012     phone: (212) 344-3005
phone: (212) 614-6464     facsimile: (212) 344-3318
facsimile: (212) 614-6499

*Attorneys for Plaintiffs-Appellees*

The stipulation of dismissal is approved without any intimation by the Court as to the merits of the appeal.

                SO ORDERED:
                FOR THE COURT:
                Roseann B. MacKechnie, Clerk
                By: *Lucille Carr*
                Deputy Clerk

April 3, 2006
Date

A TRUE COPY
Roseann B. MacKechnie, CLERK
by_____
DEPUTY CLERK

6