**Summary List of Documents in the OIG Closed Case Documents _Vaughn_ Index**

<u>ACLU V. DOD</u>, No: 1:04-cv-04151 (S.D.N.Y.)

# A. "OTHER" DOCUMENTS

| No. | Date | Pages | Description | Exemptions |
|---|---|---|---|---|
| 1 | 06/21/2004 | 4 | Memo from DCI to IG with attachments. | b1,2,3,5 (dp) |
| 3 | 06/17/2004 | 8 | Memo from DCI to Nat'l Sec. Advisor (4pgs) and memo from GC to DCI (1pg) with routers. | b1,2,3,5 (ac, wp & dp) |
| 5 | 02/24/2004 | 129 | Memo with distribution slip (8pg); a draft document entitled "Special Review" (116pg) drafted by the Office of Inspector General ("OIG"); and a memo for the record drafted by a CIA attorney and addressed through the GC (1pg), with distribution slip and attachment (3pg). | b1,2,3,5 (ac, wp & dp) |
| 7 | 01/13/2004 | 43 | Memo that provided comments to the IG on its Special Review (17pg), with attachments (26pg). | b1,2,3,5 (ac & dp) |
| 9 | 10/07/2003 | 21 | Handwritten notes of a CIA officer. | b1,3,5 (dp) |
| 11 | 10/06/2003 | 11 | Handwritten notes of an interview w/ a CIA officer and outline of the interview. | b1,3,5 (dp) |
| 13 | 08/26/2003 | 15 | Handwritten notes of a CIA officer. | b1,3,5 (dp) |
| 15 | 08/21/2003 | 5 | Handwritten notes of a CIA officer. | b1,3,5 (dp) |
| 17 | 07/31/2003 | 5 | MFR prepared by GC (1pg) w/ cover (1pg) and bulleted legal analysis and issues (3pg). | b1,2,3,5 (ac, wp & dp) |
| 19 | 07/29/2003 | 19 | Powerpoint presentation. | b1,3,5 (ac & wp) |
| 21 | 06/19/2003 | 5 | Summary of various cables from the DO relating to a specific topic. | b1,3 |
| 23 | 06/16/2003 | 5 | Memo prepared by GC to the IG w/ router and bulleted legal analysis and conclusions. | b1,2,3,5 (ac, wp & dp) |
| 25 | 06/16/2003 | 8 | Same as #23 with additional router. | b1,2,3,5 (ac, wp & dp) |
| 27 | 04/10/2003 | 3 | MFR from Senior Deputy General Counsel. | b1,3,5 (ac, wp & dp) |
| 29 | 04/07/2003 | 37 | Document created by CIA component w/ router. | b1,2,3,5 (ac, wp & dp) |

## Summary List of Documents in the OIG Closed Case Documents *Vaughn* Index

ACLU V. DOD, No: 1:04-cv-04151 (S.D.N.Y.)

| 31 | 02/21/2003 | 5 | Spreadsheet attached to an e-mail btw CIA personnel. | b1,3 |
|----|-----------|---|---|---|
| 33 | 02/14/2003 | 18 | Memo from the IG to the director of a CIA component w/ distribution page, router, and attachments "A" to "E". | b1,2,3 |
| 35 | 02/12/2003 | 11 | MFR prepared by GC; 2 e-mails btw CIA attorneys; memo from Sec Def to DCI w/router; White House memo dated 2/7/2002. | b1,2,3,5 (ac, wp & dp) |
| 37 | 02/11/2003 | 17 | Memo to DCI from a senior DO officer with attachments. | b1,2,3,5 (dp) |
| 39 | 01/31/2003 | 6 | Analysis and assessment report. | b1,3,5 (dp) |
| 41 | 01/28/2003 | 9 | Memo from CIA attorney to OGC providing instructions on responding to IG request. | b1,3 |
| 43 | 01/27/2003 | 3 | Summary and record of action items following a meeting. | b1,3,5 (ac, wp & dp) |
| 45 | 01/24/2003 | 12 | Reference document. | b1,3 |
| 47 | 01/24/2003 | 3 | MFR forwarded in an e-mail. | b1,3,5 (dp) |
| 49 | 01/13/2003 | 8 | Memo to OGC attorney (2pg); document (5pg); router (1pg). | b1,2,3,5 (ac) |
| 51 | 2002 | 16 | Memo from a chief of a CIA component to the director of another component. | b1,3,5 (dp) |
| 53 | 2002 | 16 | Same as #51 w/ additional handwritten notes. | b1,3,5 (dp) |
| 55 | 2002 | 27 | Handwritten pages. | b1,3 |
| 57 | 12/30/2002 | 2 | Unsigned memo from a CIA component chief to DOD. | b1,3,5 (dp) |
| 59 | 12/30/2002 | 7 | Analysis and assessment report. | b1,3,5 (dp) |
| 61 | 12/23/2002 | 4 | Memo from GC to DCI w/router. | b1,2,3,5 (ac, wp & dp) |
| 63 | 11/20/2002 | 2 | Memo. | b1,3 |
| 65 | 11/02/2002 | 38 | Draft report outlining general concepts and proposals. | b1,3,5 (dp) |
| 67 | 10/15/2002 | 5 | Memo from CIA employee to a CIA attorney. | b1,3,5 (ac & dp) |
| 69 | 09/10/2002 | 3 | Memo from the EXDIR to the DCI and DDCI w/ router. | b1,2,3,5 (dp) |
| 71 | 07/24/2002 | 7 | Assessment report from CIA attorney to DOJ w/ cover sheet. | b1,3,5 (ac, wp & dp) |
| 73 | 07/242002 | 1 | Handwritten document . | b1,3 |
| 75 | 05/15/2002 | 2 | Memo from one CIA officer to another. | b1,3 |

**Summary List of Documents in the OIG Closed Case Documents _Vaughn_ Index**

ACLU V. DOD, No: 1:04-cv-04151 (S.D.N.Y.)

| 77 | 04/16/2002 | 4 | MFR prepared by 2 CIA attorneys. | b1,2,3,5 (ac, wp & dp) |
|----|------------|---|-----------------------------------|------------------------|
| 79 | 04/03/2002 | 4 | Handwritten draft outline written by CIA officer. | b1,3,5 (dp) |
| 81 | 03/16/2002 | 4 | Typed draft outline and plan with handwritten notes prepared by CIA officer. | b1,3,5 (dp) |
| 83 | 10/25/2001 | 1 | Draft of discussion points. | b1,3,5 (dp) |
| 85 | Undated | 8 | Draft w/ attachments | b1,3,5 (dp) |
| 87 | Undated | 22 | Typed draft outline and plan. | b1,3,5 (dp) |
| 89 | Undated | 1 | Proposal | b1,3 |
| 91 | Undated | 3 | Spreadsheet w/ "post it" attachments. | b1,3 |
| 93 | Undated | 1 | Checklist | b1,3 |
| 95 | Undated | 1 | Handwritten notes of a CIA attorney. | b1,3,5 (ac) |
| 97 | Undated | 2 | Handwritten notes of a CIA attorney. | b,1,3,5 (ac) |
| 99 | Undated | 8 | Executive summary | b1,3,5 (dp) |
| 101 | Undated | 3 | Outline | b1,3,5 (dp) |
| 103 | Undated | 1 | Checklist similar to #93 | b1,3 |
| 105 | Undated | 7 | Drafts of legal analysis at various stages. | b1,3,5 (ac, wp & dp) |
| 107 | Undated | 7 | Memo to senior CIA official from a DO officer w/attachments; report of information and recommendation, and request specific action. | b1,2,3,5 (dp) |
| 109 | Undated | 5 | Draft outlines | b1,3,5 (dp) |
| 111 | Undated | 4 | Assessment and recommendation report w/attachments from one IG staffer to another. | b1,2,3,5 (dp) |
| 113 | Undated | 5 | Addendum to a previous review. | b1,3 |
| 115 | Undated | 9 | Draft of CIA cables. | b1,3,5 (dp) |
| 117 | Undated | 23 | Same as #65, but at a different point in drafting process. | b1,3,5 (dp) |
| 119 | Undated | 42 | 2 documents; Checklist and #117 at a different point in the drafting process. | b1,3,5 (dp) |
| 121 | Undated | 7 | Powerpoint Presentation | b1,3,5 (dp) |
| 123 | Undated | 5 | Outline, schedule, and analysis of an issue | b1,3 |

**Summary List of Documents in the OIG Closed Case Documents *Vaughn* Index**

<u>ACLU V. DOD</u>, No: 1:04-cv-04151 (S.D.N.Y.)

| 125 | Undated | 6 | Outline with handwritten notes and marks in margins | b1,3,5 (dp) |
|---|---|---|---|---|
| 127 | Undated | 3 | Background paper for the DCI | b1,3 |
| 129 | Undated | 3 | Memo from the DDCI to other senior officials (including the GC) | b1,3,5 (ac, wp and dp) |
| 131 | Undated | 10 | Report | b1,3 |
| 133 | Undated | 3 | Pictoral chart, flow chart, notes on pictoral chart | b1,3 |
| 135 | Undated | 9 | Powerpoint presentation laying-out options on an issue | b1,3,5 (dp) |
| 137 | Undated | 66 | Document; handwritten notes of a CIA attorney | b1,3,5 (ac & dp) |
| 139 | Undated | 14 | Handwritten notes of an interview w/ a CIA officer | b1,3,5 (dp) |
| 141 | Undated | 14 | Handwritten notes of an interview w/ a CIA officer | b1,3,5 (dp) |
| 143 | Undated | 1 | OIG file coversheet | b1,2,3 |
| 145 | Undated | 9 | Handwritten notes of an interview w/ a CIA officer | b1,3,5 (dp) |
| 147 | Undated | 1 | Outline and prep-sheet for an interview | b1,3,5 (dp) |
| 149 | Undated | 1 | OIG file coversheet; same as #143 | b1,2,3 |
| 151 | Undated | 8 | Outline and discussion of an issue | b1,3,5 (dp) |
| 153 | Undated | 4 | Handwritten note from one CIA employee to another (1pg) w/attachment | b1,3,5 (dp) |
| 155 | Undated | 9 | Discussion and explanation | b1,3 |
| 157 | Undated | 3 | Identical copy of #119 | b1,3 |
| 159 | Undated | 12 | Handwritten notes of CIA officer | b1,3 |
| 161 | Undated | 2 | Handwritten notes of GC | b1,3,5 (ac, wp & dp) |
| 163 | Undated | 3 | Discussion and explanation of an issue | b1,3 |
| 165 | Undated | 3 | Handwritten notes of CIA officer | b1,3 |
| 167 | Undated | 4 | Discussion and explanation of an issue | b1,3 |
| 169 | Undated | 29 | Typed draft outline and plan identical to #87 w/ post-its | b1,3,5 (dp) |
| 171 | Undated | 3 | Handwritten notes of CIA officer | b1,3 |
| 173 | Undated | 3 | Outline and description w/ handwritten notes | b1,3 |
| 175 | Undated | 3 | Outline and description w/ handwritten notes | b1,3,5 (dp) |
| 177 | Undated | 1 | Legal analysis and opinion | b1,3,5 (ac) |

**Summary List of Documents in the OIG Closed Case Documents *Vaughn* Index**

<u>ACLU V. DOD</u>, No: 1:04-cv-04151 (S.D.N.Y.)

| 179 | Undated | 1 | Earlier draft of #177 | b1,3,5 (ac & dp) |
|-----|---------|---|------------------------|------------------|
| 181 | Undated | 3 | Handwritten list of items and descriptions | b1,3 |
| 183 | Undated | 16 | Copy of notebook pages with handwritten entries | b1,3,5 (dp) |
| 185 | Undated | 6 | Spreadsheet described in #91 (5pg) and cover page | b1,3 |
| 187 | Undated | 3 | Report (2 pg)w/ cover sheet | b1,3,5 (dp) |
| 189 | Undated | 17 | Document | b1,3 |

Summary List of Documents in the OIG Closed Case Documents *Vaughn* Index

ACLU V. DOD, No: 1:04-cv-04151 (S.D.N.Y.)

# B.  INTERVIEW REPORTS

| No. | Date | Pages | Description | Exemption(s) |
|-----|------|-------|-------------|--------------|
| 3 | 12/06/2002 | 3 | MFR noting an interview of an IC for CIA. | b1,3 |
| 13 | 02/10/2003 | 5 | Report of an interview w/ a CIA officer. | b1,3,5 (dp) |
| 23 | 03/03/2003 | 6 | Report of an interview w/ a CIA officer. | b1,3 |
| 33 | 03/17/2003 | 4 | Report of an interview w/ a CIA officer. | b1,3,5 (dp) |
| 43 | 04/05/2003 | 5 | Report of an interview w/ a CIA officer. | b1,3,5 (dp) |
| 53 | 05/08/2003 | 15 | 11 pg Report of an interview w/ a CIA officer; an addendum; and acknowledgement form. | b1,3,5 (dp) |
| 63 | 05/27/2003 | 6 | Report of an interview w/ a CIA officer. | b1,3,5 (dp) |
| 73 | 06/05/2003 | 3 | MFR of an interview w/ 2 CIA officers. | b1,3,5 (dp) |
| 83 | 07/17/2003 | 5 | MFR of an interview w/ a CIA officer | b1,3,5 (dp) |
| 93 | 08/16/2003 | 4 | Report of an interview w/ a CIA officer. | b1,3,5 (dp) |
| 103 | 09/05/2003 | 25 | Report of an interview w/ CIA GC (8pg); addendum w/attachments. | b1,2,3,5 (ac, wp & dp) |
| 113 | 10/21/2003 | 2 | Report of an interview w/ a CIA officer. | b1,3 |

**Summary List of Documents in the OIG Closed Case Documents *Vaughn* Index**

ACLU V. DOD, No: 1:04-cv-04151 (S.D.N.Y.)


# C.  CABLES

| No. | Date | Pages | Exemption(s) |
|-----|------|-------|--------------|
| 3 | 07/31/2003 | 2 | b1,2,3 |
| 33 | 03/20/2003 | 1 | b1,2,3 |
| 63 | 03/05/2003 | 3 | b1,2,3 |
| 93 | 02/02/2003 | 2 | b1,2,3 |
| 123 | 01/16/2003 | 2 | b1,2,3 |
| 153 | 01/15/2003 | 4 | b1,2,3,5 (dp) |
| 183 | 11/21/2002 | 5 | b1,2,3 |
| 213 | 11/09/2002 | 1 | b1,2,3 |
| 243 | 11/01/2002 | 4 | b1,2,3 |
| 273 | 10/15/2002 | 3 | b1,2,3 |
| 303 | 08/24/2002 | 6 | b1,2,3 |
| 333 | 08/12/2002 | 2 | b1,2,3 |
| 363 | 07/26/2002 | 2 | b1,2,3 |
| 393 | 04/11/2002 | 3 | b1,2,3 |

ACLU V. DOD, No: 1:04-cv-04151 (S.D.N.Y.)

# D. EMAILS

| No. | Date | Pages | Description | Exemption(s) |
|---|---|---|---|---|
| 7 | 07/25/2003 | 2 | Email between CIA attorneys and officers w/ draft DCI talking points attachment. | b1,3,5 (ac & dp) |
| 55 | 03/20/2003 | 1 | Email between CIA officers. | b1,3 |
| 102 | 02/24/2003 | 9 | Email message w/ operational cable (7pg). | b1,2,3,5 (dp) |
| 149 | 01/30/2003 | 16 | Email between CIA officers and attorneys w/ 4 operational cables . | b1,2,3,5 (ac & dp) |
| 196 | 01/22/2003 | 2 | Email with attachment for inclusions in report to DCI. | b1,3 |
| 246 | 01/13/2003 | 2 | Email between CIA officers. | b1,3 |
| 296 | 01/02/2003 | 4 | Email between CIA officers and senior officials. | b1,3 |
| 345 | 12/10/2002 | 6 | Email from one CIA attorney to another w/ two DO cables attached. | b1,2,3,5 (ac & dp) |
| 394 | 11/12/2002 | 2 | Email from one CIA officer to another w/ 1 DO cable attached. | b1,2,3 |
| 444 | 10/10/2002 | 3 | Email of legal and operational discussions with list of action items. | b1,3,5 (ac & dp) |
| 492 | 08/26/2002 | 5 | Email between CIA attorney and officer w/cable attached. | b1,2,3,5 (ac & dp) |
| 541 | 07/29/2002 | 12 | Email between CIA officers w/ 1 DO cable attached. | b1,2,3 |
| 591 | 07/10/2002 | 2 | Email between CIA attorneys | b1,3,5 (ac) |
| 640 | 05/01/2002 | 2 | Email between CIA attorney and officers | b1,3,5 (ac & dp) |
| 690 | 04/05/2002 | 2 | Email from CIA attorney to CIA officer w/ a DO cable attached | b1,2,3 |
| 738 | 10/15/2001 | 2 | Email from CIA attorney to self | b1,3,5 (ac & dp) |