UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, AND ITS COMPONENTS DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE, AND ITS COMPONENTS CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE, POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; AND CENTRAL INTELLIGENCE AGENCY,<br><br>Defendants. | DOCKET NO. 04-CV-4151 (AKH)<br><br>*Document Electronically Filed* |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion For Contempt And Sanctions, dated December 12, 2007, and the exhibits annexed thereto, and upon all prior pleadings, Plaintiffs American Civil Liberties Union ("ACLU"), Center for Constitutional Rights ("CCR"), Physicians for Human Rights ("PHR"), Veterans for Common Sense ("VCS") and Veterans for Peace ("VP") hereby move before The Honorable Alvin K. Hellerstein, U.S. District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for the entry of an Order :

(1) Holding Defendant CIA in contempt of court;

(2) Requiring Defendant CIA to file publicly with the Court a list that identifies with specificity all responsive records that have been destroyed or removed, the date they were destroyed or removed, and the official on whose authority they were destroyed or removed, along with sworn declarations from individuals with firsthand knowledge describing how the list was compiled;

(3) Requiring Defendant CIA to file under seal with the Court a written document ("Written Reconstruction") that describes in as much detail as possible each of the records that has been destroyed or removed, and to file publicly with the Court sworn declarations from individuals with firsthand knowledge attesting that the Written Reconstruction is accurate and as detailed as possible;

(4) Allowing Plaintiffs limited discovery regarding (2) and (3) above;

(5) Requiring Defendant CIA immediately to provide plaintiffs with the Written Reconstruction or with a *Vaughn* declaration explaining why the Written Reconstruction should be withheld;

(6) Prohibiting Defendant CIA from destroying, removing or tampering with all remaining records currently in its possession or control that may be responsive to Plaintiffs' FOIA requests;

(7) Ordering Defendant CIA to pay all attorneys' fees and costs associated with Plaintiffs' efforts to obtain responsive records from the CIA in this litigation, including efforts made in connection with this Motion;

(8) For such other relief as may be just and proper.

                                                                  Respectfully submitted,

                                                _____/AS/_____

Amrit Singh (AS-9916)
Jameel Jaffer (JJ-4653)
Judy Rabinovitz (JR-1214)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, New York 10004
Ph: (212) 549 2500
Fax: (212) 549 2654


Lawrence S. Lustberg (LL-1644)
Melanca D. Clark (MC-0809)
GIBBONS, P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Beth Haroules (BH-5797)
Arthur Eisenberg (AE-2012)
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, NY 10004

Michael Ratner (MR-3347)
Shayana Kadidal (SK-1278)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012

Dated: Dec. 12, 2007       *Attorneys for Plaintiffs*