UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE,

  Plaintiffs,

v.

DEPARTMENT OF DEFENSE, AND ITS COMPONENTS DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE, AND ITS COMPONENTS CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE, POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; AND CENTRAL INTELLIGENCE AGENCY,

  Defendants.

DOCKET NO. 04-CV-4151 (AKH)

*Document Electronically Filed*

---

### DECLARATION OF AMRIT SINGH

Amrit Singh, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney at the ACLU's Immigrants' Rights Project and counsel for Plaintiffs in this case. I submit this declaration in further support of Plaintiffs' motion for contempt and sanctions against Defendant CIA.

Attached to this declaration are true and correct copies of the following exhibits:

Exhibit A    Letter from Sean Lane to Lawrence Lustberg, Nov. 8, 2007 (including as attachment CIA List of Documents Responsive to Plaintiffs' 25 May 2004 FOIA Request)

Exhibit B    Letter from John L. McPherson to Jennifer Ching, Apr. 15, 2005

| | |
|---|---|
| Exhibit C | Letter from Jennifer G. Loy to Megan Lewis, Jul. 15, 2005 |
| Exhibit D | Letter from Michael Garcia to Megan Lewis, Dec. 2, 2005 |
| Exhibit E | Mark Mazetti, C.I.A. Destroyed 2 Tapes Showing Interrogations, N.Y. Times, Dec. 7, 2007 |
| Exhibit F | Dan Eggen and Joby Warrick, CIA Destroyed Videos Showing Interrogations, Wash. Post, Dec. 7, 2007 |
| Exhibit G | Mark Mazetti, C.I.A. Was Urged to Keep Interrogation Videotapes, N.Y. Times, Dec. 8, 2007 |
| Exhibit H | Statement to Employees by Director of the Central Intelligence Agency, General Mike Hayden on the Taping of Early Detainee Interrogations, Dec 6, 2007 |

Executed this 11th day of December, 2007.

*(signature)*

Amrit Singh (AS-9916)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, New York 10004