**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, AND ITS COMPONENTS DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE, AND ITS COMPONENTS CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE, POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; AND CENTRAL INTELLIGENCE AGENCY, <br><br> Defendants. | DOCKET NO. 04-CV-4151 (AKH) <br><br> *Document Electronically Filed* <br><br> **NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES MOTION** |
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, AND ITS COMPONENT OFFICE OF LEGAL COUNSEL, <br><br> Defendants. | DOCKET NO. 05-Civ-9620 (AKH) <br><br> *Document Electronically Filed* <br><br> **NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES MOTION** |

**PLEASE TAKE NOTICE** that Plaintiffs American Civil Liberties Union ("ACLU"), Center for Constitutional Rights ("CCR"), Physicians for Human Rights ("PHR"), Veterans for Common Sense ("VCS") and Veterans for Peace ("VP") hereby move before The Honorable Alvin K. Hellerstein, U.S. District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for the entry of an Order granting Plaintiffs' Motion For an Extension of Time to File Attorneys' Fees Motion.

Respectfully submitted,

Dated:  October 6, 2008

__/s/_____
Lawrence S. Lustberg
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102-5310
tel. (973) 596-4489
fax (973) 639-6353
LLustberg@gibbonslaw.com

Jameel Jaffer
Amrit Singh
Judy Rabinovitz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, New York 10004

Gitanjali Gutierrez
Emi Maclean
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012

Beth Haroules
Arthur Eisenberg
New York Civil Liberties
Union Foundation
125 Broad Street
New York, NY 10004

*ATTORNEYS FOR PLAINTIFFS*