UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, AND ITS COMPONENTS DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE, AND ITS COMPONENTS CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE, POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; AND CENTRAL INTELLIGENCE AGENCY,<br><br>Defendants. | **DOCKET NO. 04-CV-4151 (AKH)**<br><br><br>**Document Electronically Filed** |
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, AND ITS COMPONENT OFFICE OF LEGAL COUNSEL,<br><br>Defendants. | **DOCKET NO. 05-CV-9620 (AKH)** |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES MOTION**

Plaintiffs seek an extension of time within which to file a motion for attorneys' fees and request that the Court set the deadline for any attorneys' fees motion as 90 days after resolution of all claims in this matter, including the resolution of any appeals. As set forth in the accompanying Affidavit, Plaintiffs seek additional time so that the parties may attempt to resolve the issue of attorneys' fees without further litigation and so that Plaintiffs can prepare and submit, if necessary, an application for attorneys' fees before this Court.

Respectfully submitted by,

Dated October 6, 2008  
Newark, NJ

s/ Lawrence S. Lustberg  
Lawrence S. Lustberg  
GIBBONS, P.C.  
One Gateway Center  
Newark, NJ 07102-5310  
tel. (973) 596-4489  
fax (973) 639-6353  
LLustberg@gibbonslaw.com

Jameel Jaffer  
Amrit Singh  
Judy Rabinovitz  
AMERICAN CIVIL LIBERTIES  
UNION FOUNDATION  
125 Broad St.  
New York, New York 10004

Gitanjali Gutierrez  
Emi Maclean  
Shayana Kadidal  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, 7th Floor  
New York, New York 10012

Beth Haroules  
Arthur Eisenberg  
New York Civil Liberties  
Union Foundation  
125 Broad Street  
New York, NY 10004

*ATTORNEYS FOR PLAINTIFFS*