## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, CENTER FOR
CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN
RIGHTS, VETERANS FOR COMMON SENSE AND
VETERANS FOR PEACE,

    Plaintiffs,

  v.

DEPARTMENT OF DEFENSE, AND ITS COMPONENTS
DEPARTMENT OF ARMY, DEPARTMENT OF NAVY,
DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE
AGENCY; DEPARTMENT OF HOMELAND SECURITY;
DEPARTMENT OF JUSTICE, AND ITS COMPONENTS
CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE
OF INFORMATION AND PRIVACY, OFFICE OF
INTELLIGENCE, POLICY AND REVIEW, FEDERAL
BUREAU OF INVESTIGATION; DEPARTMENT OF STATE;
AND CENTRAL INTELLIGENCE AGENCY,

    Defendants.

---

AMERICAN CIVIL LIBERTIES UNION, CENTER FOR
CONSTITUTIONAL RIGHTS, PHYSICIANS FOR
HUMAN RIGHTS, VETERANS FOR COMMON SENSE
AND VETERANS FOR PEACE,

    Plaintiffs,

v.

DEPARTMENT OF JUSTICE, AND ITS COMPONENT
OFFICE OF LEGAL COUNSEL,

    Defendants.

---

DOCKET NO. 04-CV-4151 (AKH)

*Document Electronically Filed*

### NOTICE OF MOTION FOR
### EXTENSION OF TIME
### TO FILE ATTORNEYS' FEES
### MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/08

DOCKET NO. 05-Civ-9620 (AKH)

*Document Electronically Filed*

### NOTICE OF MOTION FOR
### EXTENSION OF TIME
### TO FILE ATTORNEYS' FEES
### MOTION



Motion granted. Time is
enlarged 90 days after
resolution of all appeals.
10-23-08
[signature]

**PLEASE TAKE NOTICE** that Plaintiffs American Civil Liberties Union ("ACLU"),

Center for Constitutional Rights ("CCR"), Physicians for Human Rights ("PHR"), Veterans for

Common Sense ("VCS") and Veterans for Peace ("VP") hereby move before The Honorable

Alvin K. Hellerstein, U.S. District Judge, at the United States District Court for the Southern

District of New York, located at 500 Pearl Street, New York, New York, for the entry of an

Order granting Plaintiffs' Motion For an Extension of Time to File Attorneys' Fees Motion.

Respectfully submitted,

Dated:  October 6, 2008

          /s/
Lawrence S. Lustberg
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102-5310
tel. (973) 596-4489
fax (973) 639-6353
LLustberg@gibbonslaw.com

Jameel Jaffer
Amrit Singh
Judy Rabinovitz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, New York 10004

Gitanjali Gutierrez
Emi Maclean
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012

Beth Haroules
Arthur Eisenberg
New York Civil Liberties
Union Foundation
125 Broad Street
New York, NY 10004

*ATTORNEYS FOR PLAINTIFFS*