LEGAL DEPARTMENT
IMMIGRANTS'
RIGHTS PROJECT



June 19, 2009

*Via Facsimile and Fedex*

Peter Skinner
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street, 5th Floor
New York, NY 10007

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS'
RIGHTS PROJECT

PLEASE RESPOND TO:
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2660
F/212.549.2654
WWW.ACLU.ORG

CALIFORNIA OFFICE
39 DRUMM STREET
SAN FRANCISCO, CA 94111-4805
T/415.343.0770
F/415.395.0950

OFFICERS AND DIRECTORS
NADINE STROSSEN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*

Re: *Am. Civil Liberties Union v. Dep't of Def.*, No. 1:04-CV-4151

Dear Peter,

On April 20, 2009, the Court ordered the government to produce documents relating to the contents of the interrogation videotapes destroyed by the Central Intelligence Agency in 2005. *See* Order Regulating Gov't's Proposed Work Plan ¶ 3 (Apr. 20, 2009) (dkt. no. 339). On June 8, 2009, the government produced a *Vaughn* index and declaration of those materials, withholding them in their entirety under exemptions 1, 3, 5, and 6 of the Freedom of Information Act. *See* 5 U.S.C. § 552(b).

Pursuant to our agreement, we hereby notify you of the withholdings that we intend to challenge.

We intend to challenge the withholding of the following information:

1. Descriptions of the implementation or application of interrogation techniques, and "details of specific interrogations where EITs ['enhanced interrogation techniques'] were applied," *see* Declaration of Leon Panetta ¶¶ 10–12, dated June 8, 2009 ("Panetta Decl.");

2. All information withheld under exemption 5, *see, e.g., id.* ¶ 13 & n.2;

3. The names of CIA-interrogation contractors or consultants, *see, e.g.*, Pls.' Reply to Defs.' Fourth Cross-Mot. for Partial Summ. J. & Opp'n to Pls.' Mot. for Summ. J. 23–29 (June 12, 2009) (dkt. no. 353); and

4. Information related to the operation and implementation of the CIA's secret detention and interrogation program, including the identities of

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

foreign countries that assisted the CIA in carrying out that program, *see* Panetta Decl. ¶ 6.

We do not intend to challenge withholding of the following information:

1. "intelligence provided by captured terrorists," Panetta Decl. ¶ 6, and "intelligence that was being provided to the field and intelligence that was being gathered from the interrogations," *id.* ¶ 7;

2. "intelligence requirements that CIA prioritized at specific points in time," *id.* ¶ 6;

3. "what the intelligence community did not know about our enemies in certain time frames, i.e., intelligence gaps," *id.*;

4. "information that could identify CIA officers . . . engaged in clandestine counterterrorism operations," *id.*, including "[i]nformation concerning the names and titles of CIA personnel," *id.* ¶ 8; and

5. "information concerning CIA organization, functions, and filing information," *id.* ¶ 8.

Sincerely,

Amrit Singh
Staff Attorney
American Civil Liberties Union
Immigrants' Rights Project
125 Broad St, 18th Floor
New York, N.Y. 10004
Ph: (212) 549-2609
Fax: (212) 549-2654