UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, and VETERANS FOR PEACE, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE and its components DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE and its components CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; and CENTRAL INTELLIGENCE AGENCY, <br><br> Defendants. | DOCKET NO.: 1:04-CV-4151 (AKH) <br><br><br> **Document Electronically Filed** |
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, and VETERANS FOR PEACE, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE and its component OFFICE OF LEGAL COUNSEL, <br><br> Defendants. | DOCKET NO.: 1:05-CV-9620 (AKH) |

**NOTICE OF PLAINTIFFS' FIFTH CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' FIFTH MOTION FOR SUMMARY JUDGMENT**

Plaintiffs American Civil Liberties Union, Center for Constitutional Rights, Physicians for Human Rights, Veterans for Common Sense, and Veterans for Peace hereby file their fifth motion for partial summary judgment and opposition to the government's fifth motion for summary judgment, based upon the accompanying memorandum of law as well as all other pleadings and proceedings herein.  On August 20, 2009 at 3:00 p.m., a date and time set by the Court at a status conference held on July 15, 2009, Plaintiffs will move the Honorable Alvin K. Hellerstein, U.S. District Judge in the Southern District of New York, located at 500 Pearl Street, New York, NY, for entry of an order denying the government's fifth motion for summary judgment, granting Plaintiffs' fifth motion for partial summary judgment, and ordering Defendant Central Intelligence Agency ("CIA") to release 580 records related to the contents of the videotapes destroyed by the CIA in 2005, pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

Dated: July 24, 2009                    Respectfully submitted,


  /s/ Jameel Jaffer
Jameel Jaffer
Amrit Singh
Judy Rabinovitz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel:   (212) 519-7814
Fax:  (212) 549-2654

Lawrence S. Lustberg
Jennifer B. Condon
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102-5310

Michael Ratner

Gitanjali Gutierrez
Emilou MacClean
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Beth Haroules
Arthur Eisenberg
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, NY 10004

*Counsel for Plaintiffs*