UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
AMERICAN CIVIL LIBERTIES UNION, et al.,    :
:  **SCHEDULING ORDER**
Plaintiffs,   :
:  04 Civ. 4151 (AKH)
-against-   :
:
DEPARTMENT OF DEFENSE, et al.,    :
:
Defendants.   :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The oral argument regarding the Fourth and Fifth Motions for Summary Judgment, presently scheduled to take place on October 1, 2009 at 3 p.m., shall take place instead on September 30, 2009 at 3 p.m.

SO ORDERED.

Dated:   New York, New York
September 10, 2009

ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/09