

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 27, 2009

BY FACSIMILE
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re:   ACLU, et al., v. Department of Defense, et al., No. 04 Civ. 4151 (AKH)

Dear Judge Hellerstein:

      We write respectfully to request a twenty-four day extension, until November 20, 2009, to provide to plaintiffs the Central Intelligence Agency's ("CIA") Vaughn declaration for information withheld from responsive paragraph 4 documents located within the CIA Office of Inspector General ("OIG"). Plaintiffs consent to this request.

      We make this request in light of the upcoming deadlines in this case to which the CIA is devoting substantial resources and time. By moving the deadline for the CIA's Vaughn declaration with respect to the paragraph 4 OIG documents, the CIA will be able to focus on meeting the Court's October 30 deadline for processing the documents that were recently located by the Department of Justice Office of Legal Counsel ("OLC"), as well as the November 13 deadline by which the CIA is to submit its Vaughn declaration in support of withholdings made to the OLC documents.

We thank the Court for considering this request.

        Respectfully,

        PREET BHARARA
        United States Attorney

By: _____
        SEAN H. LANE
        PETER M. SKINNER
        HEATHER K. McSHAIN
        Assistant United States Attorneys
        Telephone: (212) 637-2737

cc:   Jenny-Brooke Condon, Esq.
      Alexander A. Abdo, Esq.