PREET BHARARA
United States Attorney for the
Southern District of New York
By: TARA M. La MORTE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2746
Fax: (212) 637-2730
tara.lamorte2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
        Plaintiffs, : 04 Civ. 4151 (AKH)
:
  v. :
:
DEPARTMENT OF DEFENSE, et al., : NOTICE OF APPEARANCE
:
        Defendants. : ECF Case
:
-------------------------------------------------------------- x
-------------------------------------------------------------- x
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
        Plaintiffs, : 05 Civ. 9620 (AKH)
:
  v. :
:
DEPARTMENT OF JUSTICE, AND ITS : NOTICE OF APPEARANCE
COMPONENT OFFICE OF LEGAL COUNSEL, :
: ECF Case
        Defendants. :
:
-------------------------------------------------------------- x

       To the Clerk of this Court and all parties of record:

       The undersigned attorney respectfully requests the Clerk to note her appearance in the

above-captioned cases for all Defendants, and also requests that she be designated as Lead

Attorney to whom paper filings and/or Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
September 3, 2010

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York

By:    */s/ Tara M. La Morte*
                                        TARA M. La MORTE
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2746
                                        Fax: (212) 637-2730
                                        Email: tara.lamorte2@usdoj.gov