UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, and VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and its components DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE and its components CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; and CENTRAL INTELLIGENCE AGENCY,<br><br>Defendants. | DOCKET NO.: 1:04-CV-4151 (AKH)<br><br>**Document Electronically Filed** |
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, and VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE and its component OFFICE OF LEGAL COUNSEL,<br><br>Defendants. | DOCKET NO.: 1:05-CV-9620 (AKH) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the attached Joint Motion for Entry of Final

Judgment Pursuant to Federal Rule of Civil Procedure 54(b), and the attached proposed Order of

Final Judgment on Fourth and Fifth Motions for Partial Summary Judgment, the parties jointly move this Court for an order entering final judgment with respect to the parties' fourth and fifth cross-motions for partial summary judgment.

September 24, 2010                          Respectfully submitted,

PREET BHARARA                               /s/ Alexander A. Abdo
United States Attorney for the              Alexander A. Abdo
Southern District of New York               Jameel Jaffer
Attorney for Defendants                     Judy Rabinovitz
                                            AMERICAN CIVIL LIBERTIES
By:   /s/ Tara M. LaMorte                   UNION FOUNDATION
TARA M. LaMORTE                             125 Broad Street, 18th Floor
AMY A. BARCELO                              New York, NY 10004
Assistant United States Attorneys           Tel:  (212) 549-2517
86 Chambers Street, 3rd floor               Fax:  (212) 549-2654
New York, N.Y.  10007                       aabdo@aclu.org
Tel.: (212) 637-2746
Fax:  (212) 637-2730                        Lawrence S. Lustberg
Email: tara.lamorte2@usdoj.gov              GIBBONS, P.C.
                                            One Gateway Center
*Counsel for Defendants*                    Newark, NJ 07102-5310

                                            Michael Ratner
                                            Gitanjali Gutierrez
                                            Emilou MacClean
                                            Shayana Kadidal
                                            CENTER FOR CONSTITUTIONAL
                                            RIGHTS
                                            666 Broadway, 7th Floor
                                            New York, NY 10012

                                            Beth Haroules
                                            Arthur Eisenberg
                                            NEW YORK CIVIL LIBERTIES
                                            UNION FOUNDATION
                                            125 Broad Street
                                            New York, NY 10004

                                            *Counsel for Plaintiffs*