

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

AMERICAN CIVIL LIBERTIES UNION,
CENTER FOR CONSTITUTIONAL RIGHTS,
PHYSICIANS FOR HUMAN RIGHTS,
VETERANS FOR COMMON SENSE AND
VETERANS FOR PEACE,

               Plaintiffs,

          v.

DEPARTMENT OF DEFENSE, AND ITS
COMPONENTS DEPARTMENT OF ARMY,
DEPARTMENT OF NAVY, DEPARTMENT OF
AIR FORCE, DEFENSE INTELLIGENCE
AGENCY; DEPARTMENT OF HOMELAND
SECURITY; DEPARTMENT OF JUSTICE,
AND ITS COMPONENTS CIVIL RIGHTS
DIVISION, CRIMINAL DIVISION, OFFICE OF
INFORMATION AND PRIVACY, OFFICE OF
INTELLIGENCE POLICY AND REVIEW,
FEDERAL BUREAU OF INVESTIGATION;
DEPARTMENT OF STATE; AND CENTRAL
INTELLIGENCE AGENCY,

               Defendants.
------------------------------------------------------------- x

AMERICAN CIVIL LIBERTIES UNION,
CENTER FOR CONSTITUTIONAL RIGHTS,
PHYSICIANS FOR HUMAN RIGHTS,
VETERANS FOR COMMON SENSE, and
VETERANS FOR PEACE,

               Plaintiffs,

          v.

DEPARTMENT OF JUSTICE, AND ITS
COMPONENT OFFICE OF LEGAL COUNSEL,

               Defendants.
------------------------------------------------------------- x

**NOTICE OF APPEAL**

04 Civ. 4151 (AKH)

ECF CASE



**NOTICE OF APPEAL**

05 Civ. 9620 (AKH)

ECF CASE

Notice is hereby given that defendants Central Intelligence Agency ("CIA") and

Department of Justice ("DOJ"), by and through their attorney, Preet Bharara, United States

Attorney for the Southern District of New York, hereby appeal to the United States Court of

Appeals for the Second Circuit from the final judgment entered in the above-captioned related

actions on October 1, 2010.


Dated: New York, New York
      October 21, 2010

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants CIA and DOJ

By: _____
    TARA M. La MORTE
    AMY A. BARCELO
    Assistant United States Attorneys
    Telephone: 212.637.2746, 6559
    Fax: 212.637.2702
    E-mail: tara.lamorte2@usdoj.gov


TO:   Clerk of Court
      United States Court of Appeals for the Second Circuit
      United States Courthouse
      500 Pearl Street
      New York, New York  10007

      Alexander A. Abdo, Esq.
      American Civil Liberties Union Foundation
      Attorney for Plaintiffs
      125 Broad Street
      New York, New York  10004