UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE,

Plaintiffs,

v.

DEPARTMENT OF DEFENSE, AND ITS COMPONENTS DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE, AND ITS COMPONENTS CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE, POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; AND CENTRAL INTELLIGENCE AGENCY,

Defendants.

**NOTICE OF APPEAL**

DOCKET NO. 04-Civ-4151 (AKH)
ECF CASE

---

AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE AND VETERANS FOR PEACE,

Plaintiffs,

v.

DEPARTMENT OF JUSTICE, AND ITS COMPONENT OFFICE OF LEGAL COUNSEL,

Defendants.

**NOTICE OF APPEAL**

DOCKET NO. 05-Civ-9620 (AKH)
ECF CASE

Notice is hereby given that Plaintiffs American Civil Liberties Union, et al. hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on October 1, 2010 in the above-captioned related actions.

_____
Lawrence S. Lustberg
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102-5310
tel. (973) 596-4489
fax (973) 639-6353

Jameel Jaffer
Alexander Abdo
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, New York 10004

Gitanjali Gutierrez
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012

Beth Haroules
Arthur Eisenberg
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, NY 10004

*ATTORNEYS FOR PLAINTIFFS*

Dated: November 8, 2010

## SERVICE LIST

<u>Opposing Counsel to be Served:</u>
Tara M. La Morte
Amy Barcelo
Assistant United States Attorneys
Southern District of New York
86 Chambers Street
New York, New York 10007
Ph. (212) 637-2746, 6559
Fx. (212) 637-2702
Tara.LaMorte2@usdoj.gov
Amy.Barcelo@usdoj.gov