NATIONAL SECURITY PROJECT





RECEIVED JAN 19 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

January 19, 2011

So Ordered
1/20/11
[signature] A.K. Hellerstein

*Via Facsimile and UPS*

The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212 549 2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

Re: *Am. Civil Liberties Union v. Dep't of Def.*, No. 1:04-CV-4151

Dear Judge Hellerstein,

At a status conference on January 14, 2011, the Court provided for the parties to submit additional briefing on the question of contempt, and it proposed that the parties do so by filing a total of six briefs in parallel. The parties have conferred and jointly submit that the issue of contempt may be addressed in a total of three briefs, with Plaintiffs initiating the briefing on February 4, 2011, Defendant Central Intelligence Agency responding on February 25, 2011, and Plaintiffs replying on March 4, 2011. The parties respectfully seek the Court's approval of this modified briefing schedule.

Respectfully submitted,

[signature]
Alexander A. Abdo

cc: Tara LaMorte
Amy Barcelo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/11