USDC SDNY
DOC[...]
ELEC[...] FILED
DOC #: _____
DATE FILED: 3/11/11

# UNITED STATES FEDERAL DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American Civil Liberties Union )<br>Center for Constitutional Rights )<br>Physicians for Human Rights )<br>Veterans for Common Sense )<br>Veterans for Peace, )<br> )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>Department of Defense, and its )<br>Components Department of Army, Dept )<br>of Navy, Dept. of Air Force, Defense )<br>Intelligence Agency, Department of )<br>Homeland Security; Department of )<br>Justice; and its Components Civil Rights )<br>Division, Criminal Division, Office of )<br>Intelligence and Privacy, Office of Intelligence )<br>Policy and Review, Federal Bureau of )<br>Investigation; Department of State; and )<br>Central Intelligence Agency, )<br> )<br>    Defendants. )<br>_____ ) | Docket No: 04-04151 (AKH) |

RECEIVED MAR 10 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

[Handwritten annotation by Judge: "Motion denied. The outlook of a[n] experienced petitioner, a professional engineer employed by the Dep't of Energy, does not suggest the reliability of careful assistance with regard to the pending motion." Signed and dated 3/11/11, AKH.]

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law In Support of Motion for Leave to File Brief, *Amicus Curiae*, together with declaration of Joseph Carson and proposed brief of amicus curiae annexed thereto, *amicus curiae* Joseph Carson moves this Court before the Honorable Alvin K. Hellerstein, United States District Judge, for leave to file the proposed brief *amicus curiae*, which is focused only the motion for sanctions, docket no. 254,

1

which is now being briefed to the Court.

Respectfully Submitted,

Joseph P. Carson, P.E., Pro Se
10953 Twin Harbor Dr
Knoxville, TN 37934   865-300-5831

## TABLE OF CONTENTS FOR MOTION
(Pursuant to Rule 2(B.) of the Individual Rules of the Honorable Alvin K. Hellerstein, Southern District of New York)

---

Memorandum of Law in Support of Motion for Leave to File Brief *Amicus Curiae*
    Exhibit 1: CIA FOIA response of March 12, 2010
    Exhibit 2: Mr. Carson's FOIA appeal of March 19, 2010
    Exhibit 3: CIA acknowledgment of FOIA appeal, April 5, 2010
    Exhibit 4: CIA FOIA appeal response of July 19, 2010

Declaration of Joseph P. Carson

    Exhibit 1: Proposed Brief of *Amicus Curiae*

---

**CERTIFICATE OF SERVICE**

I certify that the following documents for this case,

1. Notice of Motion
2. Memorandum of Law
3. Declaration of Joseph Carson
4. Brief Amicus Curiae

were served by commercial delivery and email on:

Plaintiffs' Lead Attorney

Lawrence S. Lustberg
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
1 Riverfront Plaza
Newark, NJ 07102
<llustberg@gibbonslaw.com>

Defendants' Lead Attorney

Tara Marie La Morte
U.S. Attorney's Office, SDNY
(Chambers Street)
86 Chambers Street
New York, NY 10007
<tara.lamorte2@usdoj.gov>

American Legion Lead Attorney

Charles Gardner Mills
56 School Street
Glen Cove, NY 11542
<charles.mills.pc.62@aya.yale.edu>

_____
Joseph Carson

March 10, 2011