

**GIBBONS**

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

HONORABLE JOHN J. GIBBONS

LAWRENCE S. LUSTBERG
DIRECTOR

ALICIA L. BANNON

EILEEN M CONNOR

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Phone: 973 596 4500

May 2, 2011

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Judge
Room 1050, United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ACLU v. DOD, 04-cv-4151

Dear Judge Hellerstein:

As Your Honor is aware, this office represents Plaintiffs in the above-captioned case. We write to respectfully request a short two-day extension of time in which to file Plaintiffs' reply brief in support of their motion for contempt and sanctions. Plaintiffs' reply brief is currently due on Wednesday, May 4, 2011. In order so that we may provide the Court with the most helpful briefing possible, and because our schedules have become complicated by commitments in other cases, Plaintiffs respectfully request that they be permitted to file their reply brief on Friday, May 6, 2011. The government has graciously consented to Plaintiffs' request for a two-day extension. This is Plaintiffs' first request for an extension of time in connection with this reply brief. Plaintiffs previously sought and obtained an 11-day extension of time to file their initiating brief in connection with this motion.

Thank you for your kind consideration of this request.

Respectfully submitted,

Alicia L. Bannon
Gibbons Fellow

cc: Tara LaMorte, Esq. (via email)
Amy Barcelo, Esq. (via email)
Alexander Abdo, Esq. (via email)

*Handwritten note: See order 5/4/11*

Newark  New York  Trenton  Philadelphia  Wilmington                                gibbonslaw.com