UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, AND VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, AND ITS COMPONENTS DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF JUSTICE, AND ITS COMPONENTS CIVIL RIGHTS DIVISION, CRIMINAL DIVISION, OFFICE OF INFORMATION AND PRIVACY, OFFICE OF INTELLIGENCE POLICY AND REVIEW, FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF STATE; AND CENTRAL INTELLIGENCE AGENCY,<br><br>Defendants. | DOCKET NO.: 04-CV-4151 (AKH)<br><br>**Document Electronically Filed** |

## **DECLARATION OF ALICIA L. BANNON**

Alicia L. Bannon, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

1. I am an attorney with the law firm Gibbons P.C. and counsel to Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Supplemental Reply Memorandum of Law in Support of Plaintiffs' Motion for Contempt and Sanctions.

2. Attached to this declaration is a true and correct copy of the following exhibits:

Exhibit 53    January 17, 2008 Transcript of Proceedings, ACLU v. Department of Defense, 04-cv-4151

Exhibit 54    Vaughn Index of Closed OIG Investigation Documents (excerpts)

Exhibit 55    *Former CIA Clandestine Chief in Memoir to Explain Why Interrogation Videos Destroyed*, Reuters, May 5, 2011

Dated: May 6, 2011
       Newark, NJ

                                              /ALB/
                                  ALICIA L. BANNON
                                  GIBBONS, P.C.
                                  One Gateway Center
                                  Newark, New Jersey 07102-5310
                                  (973) 596-4500