ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-158
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/11

TO:      PLEASE SEE ATTACHED FAX COVER

FROM:    Brigitte Jones, Courtroom Deputy        Date: 7/5/11
         by Order of Judge Alvin K. Hellerstein

Re: ACLU v. DOD - 04 Civ. 4151 ( AKH)

You are hereby notified that you are required to appear for an oral argument. *(Sixth motion for partial summary judgment)*
Date: 7/20/2011
Time: 3:00 p.m.

   Place:   U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

   It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

NOTE:

*So ordered.*

*[signature: Alvin K. Hellerstein]*

7-5-11