UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
AMERICAN CIVIL LIBERTIES UNION; :
CENTER FOR CONSTITUTIONAL RIGHTS; :
PHYSICIANS FOR HUMAN RIGHTS; :
VETERANS FOR COMMON SENSE; :
VETERANS FOR PEACE, :
:
                 Plaintiffs, :
:
    -against- :
:
DEPARTMENT OF DEFENSE et al., :
:
                Defendants. :
:
------------------------------------------------------------- x

**SUMMARY ORDER GRANTING DEFENDANTS' SIXTH MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING PLAINTIFFS' SIXTH MOTION FOR PARTIAL SUMMARY JUDGMENT**

04 Civ. 4151 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 20, 2011, the parties appeared before me for oral argument on their cross-motions for partial summary judgment pursuant to Federal Rule of Civil Procedure 56. For the reasons stated on the record of proceedings, I deny plaintiffs' sixth motion for partial summary judgment and grant defendants' sixth motion for partial summary judgment.

       The Clerk shall mark the motions (Doc. Nos. 443 and 456) terminated.

       SO ORDERED.

Dated:     July 21, 2011
             New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge

1