N.Y.S.D. Case #
04-cv-4151(AKH)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of August, two thousand and twelve.

Before:     Richard C. Wesley,
                Susan L. Carney,
                  *Circuit Judges*,
               Miriam Goldman Cedarbaum,
                  *District Judge.*\*

American Civil Liberties Union, Center for Constitutional Rights, Incorporated, Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace,

*Plaintiffs-Appellees-Cross-Appellants,*

v.

Department of Justice, and its component Office of Legal Counsel, Central Intelligence Agency,

*Defendants-Appellants-Cross-Appellees.*

**STATEMENT OF COSTS**

Docket Nos.  10-4290(L)
                  10-4289(con)
                  10-4647(XAP)
                  10-4668(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 13, 2012

IT IS HEREBY ORDERED that costs are taxed in the amount of $4,142.80 in favor of the defendants-appellants-cross-appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*/s/ Catherine O'Hagan Wolfe/*

*/s/ Catherine O'Hagan Wolfe/*

\*The Honorable Miriam Goldman Cedarbaum, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 08/13/2012

DOCKETED AS #12,1492
A JUDGMENT
ON 8/13/12