UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

AMERICAN CIVIL LIBERTIES UNION;
CENTER FOR CONSTITUTIONAL RIGHTS;     :     **ORDER CLOSING CASE**
PHYSICIANS FOR HUMAN RIGHTS;
VETERANS FOR COMMON SENSE;            :     04 Civ. 4151 (AKH)
VETERANS FOR PEACE,

                 Plaintiffs,

      -against-

DEPARTMENT OF DEFENSE, AND ITS
COMPONENTS DEPARTMENT OF ARMY,
DEPARTMENT OF NAVY, DEPARTMENT OF
AIR FORCE, DEFENSE INTELLIGENCE
AGENCY; DEPARTMENT OF HOMELAND
SECURITY; DEPARTMENT OF JUSTICE, AND
ITS COMPONENTS CIVIL RIGHTS DIVISION,
CRIMINAL DIVISION, OFFICE OF
INFORMATION AND PRIVACY, OFFICE OF
INTELLIGENCE POLICY AND REVIEW,
FEDERAL BUREAU OF INVESTIGATION;
DEPARTMENT OF STATE; CENTRAL
INTELLIGENCE AGENCY,

               Defendants.



------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      As all proceedings in this case have been completed, the Clerk shall mark the case

closed, subject to restoration by any party within thirty days by filing an appropriate motion or

otherwise showing good cause.

      SO ORDERED.

Dated:    September __, 2012
         New York, New York      ALVIN K. HELLERSTEIN
                        United States District Judge