ALVIN K. HELLERSTEIN<br>
UNITED STATES DISTRICT JUDGE<br>
UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF NEW YORK<br>
500 PEARL STREET<br>
NEW YORK, NY 10007-1581<br>
(212) 805-0152

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy         Date: 11/15/12
        by Order of Judge Alvin K. Hellerstein

Re: ACLU, et al. v. DOD, et al. - 04 Civ. 4151(AKH)

The status conf. previously scheduled for November 2, 2012 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

   Date: 12/4/12
   Time: 10:00 a.m.

   Place:  U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*

11-15-12