UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, and VETERANS FOR PEACE,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE et al.,<br><br>Defendants. | No. 1:04-CV-4151 (AKH) |

NOTICE OF PLAINTIFFS'
SEVENTH MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs American Civil Liberties Union, Center for Constitutional Rights, Physicians for Human Rights, Veterans for Common Sense, and Veterans for Peace hereby move for partial summary judgment and an order requiring the government to disclose images of prisoner abuse withheld under the Freedom of Information Act, 5 U.S.C. § 552, or, in the alternative, to provide Plaintiffs with a *Vaughn* index and declaration that describes each photograph in detail and sets out the government's reasons for concluding that release of each photograph would endanger U.S. citizens, service members, or employees.

January 14, 2014              Respectfully submitted,

                              /s/ Marcellene E. Hearn
                              Marcellene E. Hearn (MH-6050)
                              Jameel Jaffer (JJ-4653)
                              Alex Abdo (AA-0527)
                              AMERICAN CIVIL LIBERTIES
                              UNION FOUNDATION
                              125 Broad Street, 18th Floor
                              New York, NY 10004

Phone: (212) 549-2500
Fax: (212) 549-2654
mhearn@aclu.org

Lawrence S. Lustberg
Portia D. Pedro
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Phone: 973-596-4500
Fax: 973-639-6285
llustberg@gibbonslaw.com

Michael Ratner
Shayana Kadidal
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Beth Haroules
Arthur Eisenberg
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, NY 10004

*Counsel for Plaintiffs*