GIBBONS

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

HONORABLE JOHN J. GIBBONS

LAWRENCE S. LUSTBERG
DIRECTOR

PORTIA D. PEDRO *
BENJAMIN YASTER

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Phone: 973.596.4500

* Admitted to NY Bar Only

March 6, 2014

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: **American Civil Liberties Union, et al. v. Department of Defense, et al,
04-cv-4151**

Dear Judge Hellerstein:

On December 6, 2013, the parties submitted to the Court a proposed timetable to govern their continued negotiations regarding attorneys' fees in this matter. The Court approved of the schedule on December 9, ordering the parties to file by March 7, 2014 either a stipulation of settlement with respect to attorneys' fees or a proposed briefing schedule to resolve any remaining disputes.

Since that time, the parties have continued their negotiations but have not yet arrived at a settlement. The parties respectfully request an additional two months of time to continue their discussions, with the hope and expectation of resolving entirely or substantially narrowing any dispute with respect to fees.

Toward that end, the parties propose to file by May 7, 2014 either a stipulation of settlement or a proposed briefing schedule for resolution of any fees issues still in dispute. The parties thank the Court for its continued and careful attention to this matter.

Respectfully submitted,

Lawrence S. Lustberg

cc: Amy A. Barcelo, Assistant U.S. Attorney (via email)
Tara LaMorte, Assistant U.S. Attorney (via email)
Alexander A. Abdo, Esq. (via email)
Jameel Jaffer, Esq. (via email)
Marcellene Hearn, Esq. (via email)