
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 17, 2014

BY ECF & FACSIMILE
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/14
```

So ordered
3-18-14
/s/ AKH

Re:  *ACLU v. Department of Defense et al.*, No. 04 Civ. 4151 (AKH)

Dear Judge Hellerstein:

I am writing on behalf of the Department of Defense ("DoD") to request a one-day extension of time for DoD to submit its reply memorandum of law in support of its seventh motion for partial summary judgment. Plaintiffs consent to this first request for an extension, which is necessitated by the shutdown of the Federal Government in the Washington, DC area today on account of snow. With this one-day extension, DoD's reply memorandum would be due on Wednesday, March 19, 2014.

Thank you for your consideration of this matter.

Respectfully,

PREET BHARARA
United States Attorney
Southern District of New York

By: /s/ Amy A. Barcelo
TARA M. LaMORTE
AMY A. BARCELO
Assistant United States Attorneys
Telephone: (212) 637-2746/6559
Facsimile: (212) 637-2730
Email: amy.barcelo@usdoj.gov