**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

September 15, 2014

*The application will be granted upon submission of a suitable consent order.*

*9-17-14*

*[signature] A.K. Hellerstein*

BY ECF & FACSIMILE
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *ACLU v. Department of Defense et al.*, No. 04 Civ. 4151 (AKH)

Dear Judge Hellerstein:

I am the Assistant United States Attorney representing the government in the above-referenced matter. I write respectfully to request that the docket be modified to correctly represent the status of each of the government defendants in this case. Specifically, because there are no longer any outstanding claims (including claims for attorneys' fees and costs) pending against any defendant except the Department of Defense ("DOD"), the government requests that the docket be modified to indicate that all defendants except DOD are either terminated or dismissed, or that the case is closed as to all defendants except DOD (whichever terminology is deemed appropriate by the Court or Clerk). Plaintiffs consent to this request.

Indeed, on August 27, 2014, the Court issued an order and opinion directing that this case "shall remain open for two issues" (Dkt. No. 513): those discussed in the order and opinion itself and the issue of fees and allowances. (*See id.* at 21; *see also* Dkt. No. 481 (Order Closing Case)). The order and opinion involves issues relevant solely to DOD, and all claims for attorneys' fees and costs regarding all other government defendants have recently been resolved. (*See* Dkt. No. 514).[1]

Accordingly, as the only active issues in this action concern DOD, the government respectfully requests that the docket be modified to terminate or dismiss all other defendants, or otherwise reflect that this action is closed as to all other defendants. Plaintiffs consent to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/14

---

[1] Of course, the Court retains jurisdiction to resolve any disputes arising out of the stipulation and order reflecting resolution of plaintiffs' outstanding claims for attorneys' fees and costs, as defined therein. (Dkt. No. 514).

Case 1:04-cv-04151-AKH   Document 518   Filed 09/18/14   Page 2 of 2
Case 1:04-cv-04151-AKH   Document 517   Filed 09/15/14   Page 2 of 2

Page 2

Thank you for your consideration of this matter.

    Respectfully,

    PREET BHARARA
    United States Attorney
    Southern District of New York

By: /s/ Tara M. La Morte
    TARA M. LaMORTE
    Assistant United States Attorney
    Telephone: (212) 637-2746
    Facsimile: (212) 637-2702
    Email: tara.lamorte2@usdoj.gov