17-779
Am. Civil Liberties Union v. U.S. Dep't of Defense

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

August Term 2017

(Argued: March 13, 2018　Decided: August 21, 2018)

Amended: August 22, 2018

Docket No. 17-779

AMERICAN CIVIL LIBERTIES UNION, CENTER FOR CONSTITUTIONAL RIGHTS, INC., PHYSICIANS FOR HUMAN RIGHTS, VETERANS FOR COMMON SENSE, VETERANS FOR PEACE,

*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF DEFENSE, its components DEPARTMENT OF ARMY, DEPARTMENT OF NAVY, DEPARTMENT OF AIR FORCE, DEFENSE INTELLIGENCE AGENCY, UNITED STATES DEPARTMENT OF THE ARMY,

*Defendants-Appellants.*\*

Before: JACOBS, LEVAL, and WESLEY, *Circuit Judges.*

\* The Clerk of the Court is respectfully directed to amend the caption.

| Page | Line | Delete | Insert |
|---|---|---|---|
| 2 | 29-30 | Dror Ladin, American Civil . . . *on the brief*) | Lawrence S. Lustberg, Gibbons P.C., Newark, NJ (Avram D. Frey, Gibbons P.C. Newark, NJ; Dror Ladin, American Civil Liberties Union Foundation, New York, NY, *on the brief*) |
| 3 | 26 | July | June |
| 12 | 27 | sample | representative sample |
| 22 | 1 | 76 | 70 |

Copies have been sent
by chambers to:
\_\_ Panel Members
\_\_ West Publishing Co.
\_\_ Clerk of the Court

So Ordered:

RICHARD C. WESLEY, Circuit Judge　　　Date

8/27/18